# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| WILLIAM ANTHONY, et al., | ) |
|     Plaintiffs, | ) No.: 3:22-CV-000416 |
| | ) |
| v. | ) Judge Charles E. Atchley, Jr. |
| | ) Magistrate Judge Jill E. McCook |
| BARRY VAN OVER, et al., | ) |
| | ) JURY DEMAND |
|     Defendants. | ) |

## MOTION OF DEFENDANTS MYLES BAKER, PREMIER FRANCHISING GROUP, LLC d/b/a/PREMIER MARTIAL ARTS, AND UNLEASHED BRANDS FOR ADDITIONAL TIME TO FILE RESPONSIVE PLEADING

Comes now Defendants Myles Baker; Premier Franchising Group, LLC d/b/a Premier Martial Arts; and Unleashed Brands, LLC and respectfully move this Court for an additional amount of time, up to and including January 31, 2023, by which to file their responsive pleadings in this case. With the upcoming holidays, this additional amount of time is needed to effectively respond to the Complaint, which is 570 paragraphs and 116 pages long.

Further, pursuant to the applicable Local Rules of Court, this counsel has discussed this matter with counsel for Plaintiffs, and there is no objection to this requested relief.

Thus, these Defendants would request that they be provided with additional time to respond to the Complaint in this case up to and including January 31, 2023.

Respectfully submitted,

DLA Piper LLP

By:/s/ Norman M. Leon (by J.Tarpley, with permission)
Norman M. Leon  (Pro Hac Vice forthcoming)
Bethany Appleby  (Pro Hac Vice forthcoming)
DLA Piper LLP
444 West Lake Street, Suite 900
Chicago, IL 60606
norman.leon@us.dlapiper.com
bethany.appleby@us.dlapiper.com


LEWIS THOMASON, P.C.

By: /s/ John R. Tarpley
John R. Tarpley, BPR No. 9661
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
jtarpley@lewisthomason.com

By: /s/ Janet S. Hayes (by J. Tarpley, with permission)
Janet Strevel Hayes, BPR 018028
620 Market Street, 5th Floor
P.O. Box 2425
Knoxville, TN 37901


*Attorneys for Myles Baker; Premier Franchising Group, LLC d/b/a Premier Martial Arts; and Unleashed Brands, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of December, 2022, a copy of the foregoing MOTION FOR ADDITIONAL TIME TO FILE RESPONSIVE PLEADING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

John R. Jacobson
Stuart A Burkhalter
Riley & Jacobson, PLC
1906 West End Avenuye
Nashville, TN 37203
jjacobson@rjfirm.com
sburkhalter@rjfirm.com

*Attorneys for Plaintiffs*

/S/ John R. Tarpley
John R. Tarpley, Esq

11641756