# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | | |
|---|---|---|
| WILLIAM ANTHONY, ET AL. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:22-cv-00416-CEA-JEM |
| BARRY VAN OVER, ET AL. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Kimberley Daly
51 Ladyslipper Dr.
Newmarket, NH 03857-2066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Stuart Burkhalter
Riley & Jacobson, PLC
1906 West End Ave.
Nashville, TN 37203
sburkhalter@rjfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/19/22

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:22-cv-00416-CEA-JEM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

| Case:<br>3:22-cv-00416-CEA-JEM | Court:<br>United States District Court for the Eastern District of Tennessee | County: | Job:<br>8115955 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>William Anthony, et al. | | Defendant / Respondent:<br>Barry Van Over, et al. | |
| Received by:<br>Judiciary Process Servers | | For:<br>Riley & Jacobson, PLC | |
| To be served upon:<br>Kimberley Daly | | | |

I, Tanya Jo Miller, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Kimberley Daly, Home: 4 Alden Ave, North Hampton, NH 03862
**Manner of Service:** Personal/Individual, Dec 24, 2022, 6:55 pm EST
**Documents:** Summons in a Civil Action dated December 19, 2022; Complaint; Amended Complaint; Order Governing Depositions; Order Governing Motions to Dismiss; Memorandum and Order Regarding Sealing Confidential Information

**Additional Comments:**
1) Successful Attempt: Dec 24, 2022, 6:55 pm EST at Home: 4 Alden Ave, North Hampton, NH 03862 received by Kimberley Daly. Age: 50; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'6"; Hair: Brown;
Served all documents on individual who confirmed her identity. GPS Coordinates: 42.97394, -70.83174

_[signature]_

Tanya Jo Miller

December 27, 2022
Date

Judiciary Process Servers
8482 Fort Smallwood Road, B-110
Pasadena, Maryland 21122