UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE


JAN 27 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

William Anthony, et al.

        Plaintiff,

v.

Premier Franchising Group, LLC., Franchise Fast

        Defendant.

Case No. 3:22-cv-00416

Receipt # 300001139

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **Kimberly Daly**,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    Minnesota and Montana

[✓] AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 1/24/2023

        _____
        (Signature–hand signed)

Name: Alexander J. Beeby
Firm: Sapientia Law Group
Address:
    120 South Sixth Street, Suite 100 Minneapolis, MN 55402

Email address: alexb@sapientialaw.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, _____ Kate M. Fogarty _____ , Clerk of this Court,

certify that _____ Alexander J. Beeby _____ , Bar # _____ 398286 _____ ,

was duly admitted to practice in this Court on _____ 11/30/2016 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ St. Paul, Minnesota _____ on _____ 01/24/2023 _____
          *(Location)*                                                                    *(Date)*

Kate M. Fogarty
*CLERK*

*Kate O. Adami*
*DEPUTY CLERK*